IN THE UNITE STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| MICHELLE CANDACE CRAWFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | NO. 19-5156 |

O R D E R

AND NOW, this 26th day of June, 2020, for the reasons expressed in the Court's Opinion filed today, it is HEREBY:

ORDERED that the claimant's Request for Review is GRANTED IN PART and the matter REMANDED to the agency for the taking of additional vocational testimony to determine whether work existed which the claimant could have performed in the relevant period requiring only occasional reaching in any direction with her left arm.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/Jacob P. Hart
_____

JACOB P. HART
UNITED STATES MAGISTRATE